UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA FOX, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-1115 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| HEARTHSIDE FOOD SOLUTIONS, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed all claims without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 25, 2019                        /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge